## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:06 CV 232

| | | |
|---|---|---|
| KENNETH BRUCE HANNON | ) | |
| | ) | |
| Plaintiff, | ) | **PRETRIAL ORDER** |
| v. | ) | |
| | ) | |
| METROPOLITAN LIFE INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

A pre-trial conference was held on October 12, 2006. The parties agreed to exchange the administrative record immediately following this conference.

Parties agree to participate in mediation. The Court directs that mediation occur by November 30, 2006. If the parties are unable to agree to a mediator, they have 30 days from the date of this order to notify the Court and the Court will appoint a mediator. If mediation is unsuccessful, any motions for summary judgment must be submitted by January 12, 2007.

It is so ordered.

Signed: October 12, 2006

Graham C. Mullen
United States District Judge